No. 72–1439.  VAN SLYKE *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 73–1366.  WESTON *v.* ARKANSAS.  Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction.  MR. JUSTICE DOUGLAS would reverse on the basis of his dissenting opinion in *Gertz* v. *Robert Welch, Inc., ante,* p. 355.

No. 70–102.  GWATHMEY *v.* TOWN OF EAST HAMPTON. Appeal from C. A. 2d Cir.  Judgment vacated and case remanded for further consideration in light of *Younger* v. *Harris,* 401 U. S. 37 (1971), and *Samuels* v. *Mackell,* 401 U. S. 66 (1971).  MR. JUSTICE DOUGLAS would affirm the judgment for the reasons stated in his dissenting opinion in *Younger* v. *Harris,* 401 U. S. 37, 58 (1971).  [See also No. 70–102, *Cahn* v. *Long Island Vietnam Moratorium Committee, supra.*]

No. 73–380.  SUTHERLAND ET AL. *v.* ILLINOIS.  Appeal from App. Ct. Ill., 3d Dist.  Judgment vacated and case remanded for further consideration in light of *Spence* v. *Washington, ante,* p. 405, and *Smith* v. *Goguen,* 415 U. S. 566 (1974).  THE CHIEF JUSTICE, MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST dissent and, without further briefing and oral argument, would affirm the judgment.